UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brenda Bickham, | Civil No. 14-608  ADM/JJK |
| **Plaintiff,** | |
| v. | **ORDER** |
| Jennifer Marcus, et. al., | |
| **Defendants.** | |

This above matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 14, 2014. No objections to the Report and Recommendation were filed within the requisite time period.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED;** and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 2, 2014                                        s/Ann D. Montgomery
                                                                      ————————————————
                                                                      ANN D. MONTGOMERY
                                                                      UNITED STATES DISTRICT JUDGE